1
2
3
4
5
6
7
8            **UNITED STATES DISTRICT COURT**
9            **CENTRAL DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| 11   AKANINYENE WILLIAM ETUK, | **Case No. CV 15-08956 ODW (RAO)** |
| 12         Petitioner, | |
| 13      v. | **ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |
| 14   SUPERIOR COURT OF THE STATE OF CALIFORNIA, | |
| 15        Respondent. | |
| 16 | |

17      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the
18 records and files herein, and the Magistrate Judge's Report and Recommendation.
19 The time for filing objections to the Report and Recommendation has passed and
20 no Objections have been received.  Accordingly, the Court accepts and adopts the
21 findings, conclusions, and recommendations of the Magistrate Judge.

22      IT IS ORDERED that the Petition is denied and Judgment shall be entered
23 dismissing this action without prejudice.

24
25 DATED:  *1-7-16*
26
27                       OTIS D. WRIGHT II
                        UNITED STATES DISTRICT JUDGE
28