UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AKANINYENE WILLIAM ETUK,<br><br>Petitioner,<br><br>v.<br><br>SUPERIOR COURT OF THE STATE OF CALIFORNIA,<br><br>Respondent. | Case No. CV 15-08956 ODW (RAO)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

DATED: 1-7-16

OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE